W. B. Caward, Appellee, v. Wilk, Clarke and Company, Inc. et al., Defendants. Lloyd E. Work, Receiver, Appellant.

Gen. No. 40,793.

opinion filed April 15, 1941. James Todd, for appellant; no appearance for appellee. Opinion by JUSTICE JOHN J. SULLIVAN. "Not to be published in full."

Alex Polatsek, Appellant, v. Mandel Cohen, Appellee.

Gen. No. 41,564.

opinion filed April 15, 1941; rehearing denied May 5, 1941. Haft & Shapiro, for appellant; Morris A. Haft, of counsel; George B. Cohen, Abraham H. Cohen and Jose Ward Hoover, for appellee. Opinion by JUSTICE JOHN J. SULLIVAN. "Not to be published in full."